# EXHIBIT B



*Reinventing the Steel* would end up being the final studio album by Pantera, who were falling apart due to internal struggles between the Abbott boys and Anselmo, who was busying himself with side projects that kept him away from Pantera.

The Abbott brothers were also ready to move on to a new project, disbanding Pantera and forming a new band, called Damageplan.

Tragedy struck, however, on December 8, 2004, when Dimebag Darrell was shot five times and killed onstage while performing with Damageplan at Alrosa Villa, a small metal club in Columbus, Ohio.

His murderer — a paranoid schizophrenic former U.S. Marine named Nathan Gale — was killed by a police officer. Gale also killed three others during the rampage.

NIGHT FLIGHT PLUS    IFC EPISODE GUIDE    NIGHT FLIGHT STORE    FILM    MUSIC    NF ORIGINAL

NIGHT FLIGHT STORE

DON'T MISS | L.A.'s Possum Dixon remember Ric Ocasek, who produced their "New Sheets" album in 1998

Home > Music > "Pantera: Screaming Black Messiahs": A "Metal Tribute" to Dimebag Darrell's power groovers

# "Pantera: Screaming Black Messiahs": A "Metal Tribute" to Dimebag Darrell's power groovers

By *Bryan Thomas* on August 23, 2018

**Pantera - Screaming Black Messiahs Unauthorized**

Subscribe (/WaF0INI-g3ABTJjNlOrDH9uY2xQNW1qKOE7396T_jwYT-8xt1

or

Sign In (/WaF0INI-g3ABTJjNlOrDH9uY2xQNW1qKOE7396T_jwYT-8xt1-0

*Pantera: Screaming Black Messiahs* — now streaming on *Night Flight Plus* -- tells the story of Pantera, "the loudest and most disturbing act ever to hit the *Billboard* charts."

Clocking in at 60 minutes, this 2008 UK doc also pays tribute to lead guitarist "Dimebag Darrell" Abbott, who was murdered onstage on December 8, 2004.

**SIGN UP FOR NIGHT FLIGHT PLUS**





**NIGHT FLIGHT IS ON SPOTIFY!**



**POPULAR ON NIGHT FLIGHT**

"Bikini Beach Race": Dana Plato and Ron Jeremy star



Eric Louzil



Rock Parties"
Warrant's "Cherry Pie" video vixen Bobbie Brown and her sleazy, sexed-up Dirty Rocker Boys

*Screaming Black Messiahs* features: "rare archive footage of the group; filmed interviews with band members and their legendary producer Sterling Winfield; contributions from original vocalist Terry Glaze; opinion, review and enlightenment from experts such as Dimebag's biographer Zac Crain [former music editor at the *Dallas Observer* and author of *Black Tooth Grin: The High Life, Good Times, and Tragic End of 'Dimebag' Darrell Abbott*] and *Metal Hammer* editor Alexander Milas; location shoots; film of the annual 'Ride for Dimebag' event and a host of other features, all of which makes for the best documentary yet to emerge about Pantera."



Darrell Lance Abbott (b. August 20, 1966) and older brother Vinnie Paul Abbott (b. March 11, 1964) were raised in Arlington, Texas, a large suburb west of Dallas.

| NIGHT FLIGHT PLUS | IFC EPISODE GUIDE | NIGHT FLIGHT STORE | FILM | MUSIC | NF ORIGINAL |





**FEATURED POSTS**



**A TWENTY YEAR OLD TURKEY IN A THIRTY YEAR OLD TIN: ZZ TOP'S DELICIOUS "TV DINNERS" MUSIC VIDEO**

We're taking another peek at our "Fall Horror Preview" which …Read More »



**A SHADOW FALLS: LONG-LOST TWIN BROTHERS REUNITE TO BECOME THE LEGENDARY "DOUBLE DRAGON"**

The complete 1993-1994 syndicated cartoon Double Dragon: The Animation Series …Read More »



**L.A.'S POSSUM DIXON REMEMBER RIC OCASEK, WHO PRODUCED THEIR "NEW SHEETS" ALBUM IN 1998**

Night Flight recently reached out to a few of the …Read More »

Darrell ended up winning so many local guitar-playing competitions that by age sixteen he was banned from entering any more of them.

Vinnie, meanwhile, played the drums in his high school band, which is where he met bassist Rex Robert Brown.

In 1981, Darrell ("Diamond Darrell"), Vinnie Paul, Rex (using the name "Rex Rocker") and a lead vocalist named Terrence Lee, a.k.a. "Terry Glaze," formed their first band, originally playing covers.



At first they were called Pantego, after a town just over the Mexican border, but later changed it to Pantera — "panther" in Spanish — after the flashy two-door Italian sports car.

*the Night* (1985), which were all released on their own independently-financed label, Metal Magic.



In 1986, Glaze left the band, which led to a series of singers auditioning and sometimes performing live with Pantera live, until the band found their new singer, Philip Anselmo (ex-Razor White, ex-Samhain).

Pantera recorded the last of their independent pre-90s albums, 1988's *Power Metal,* which sold more than 30,000 copies and helped them gain a large underground following.



Megadeth, Mötley Crüe).

It was soon clear to music critics that Pantera represented a new breed of metal band, playing heavy riff-driven songs with pounding rhythms and an aggressive vocal style that they called "groove metal" and "power groove."

Read more about Pantera below.



#### Hey! Do you have a Night Flight Plus subscription?

We're offering up original uncut air masters of Night Flight programming from the video vaults of the 1980s TV show, as well as provocative new selections from the world of music, documentaries, animation, cult films and more. Sign up today!

Subscribe to our mailing list

email address

Subscribe



1990, Pantera signed with Atlantic/Atco's East/West imprint, releasing *Cowboys From Hell,* which for many fans was the first Pantera album worth paying any real attention to.

*Cowboys From Hell* — and most of their '90s studio albums — was produced by Terry Date, who'd worked with Metal Church, Dream Theater and Soundgarden.



It was during this period that Phil Anselmo got the initials "C.F.H" (for "Cowboys from Hell") tattooed on the side of his head. Darrell would get a similar tattoo on his shoulder.



Pantera's reputation grew exponentially with each new release, beginning in 1992 with their second album for East/West, *Vulgar Display of Power*, which featured the #1 single, "Mouth For War," the first metal single to top the *Billboard* charts.

Their next album, *Far Beyond Driven,* released in March 1994, debuted at #1 on the U.S. and Australian charts.

Around this same time, "Diamond" Darrell decided to change his nickname to "Dimebag Darrell."



Pantera's next album, *The Great Southern Trendkill* — loaded with allusions to drug abuse and personal destruction — was released on May 7th, 1996.

That same year, they would earn their first Grammy nomination for Best Metal Performance (for "Suicide Note Pt. I").



In addition to now headling their own tours, Pantera also opened for a few of their childhood idols — like KISS and Black Sabbath — and they released a live collection, *Official Live: 101 Proof,* which featured two new studio tracks, the first recordings produced by Dimebag Darrell and Vinnie Paul.

again too, with Darrell and Vinnie Paul producing tracks for their album *Reinventing the Steel,* which wasn't released until March 21, 2000.



*Reinventing the Steel* would end up being the final studio album by Pantera, who were falling apart due to internal struggles between the Abbott boys and Anselmo, who was busying himself with side projects that kept him away from Pantera.

The Abbott brothers were also ready to move on to a new project, disbanding Pantera and forming a new band, called Damageplan.



Tragedy struck, however, on December 8, 2004, when Dimebag Darrell was shot five times and killed onstage while performing with Damageplan at Alrosa Villa, a small metal club in Columbus, Ohio.

His murderer — a paranoid schizophrenic former U.S. Marine named Nathan Gale — was killed by a police officer. Gale also killed three others during the rampage.

On June 22, 2018, drummer Vinnie Paul died in his sleep at his home in Las Vegas, Nevada. He was 54.

**Watch** *Pantera: Screaming Black Messiahs* **on** **Night Flight Plus**.

NIGHT FLIGHT PLUS    IFC EPISODE GUIDE    NIGHT FLIGHT STORE    FILM    MUSIC    NF ORIGINAL

90s Rock   Dimebag Darrell   Featured   glam-metal   heavy metal   music documentary
Night Flight Plus   Pantera   power groove   Thrash Metal   Vinnie Paul

Like 1       Tweet                              Save

### About Bryan Thomas

Bryan Thomas has been a freelancing writer/critic for All Music Guide, and a contributor to Launch, Music Connection, Big Takeover and numerous other publications and entertainment websites, blogs and zines, most of them long gone. He's written more than sixty sets of liner notes. He's also worked for over twenty years at mostly reissue record labels -- prior to that he worked in bookstores and record stores, going all the way back to the original vinyl daze. He lives in the Miracle Mile neighborhood of Los Angeles, CA.

**RELATED POSTS**

According To The Director Of Their "Girls Like You" Video, Combonation Were "A God-Awful Band"

I'm Always Counting Down: "10-9-8" Was A Top Forty U.S. Hit For Laurie Sargent's Face To Face

A Twenty Year Old Turkey In A Thirty Year Old Tin: ZZ Top's Delicious "TV Dinners" Music Video

A Shadow Falls: Long-Lost Twin Brothers Reunite To Become The Legendary "Double Dragon"



E   EFCollection

**LEARN MORE**

**Colorful Keepsakes**

0 Comments    Night Flight                                      1  Login

♡ Recommend         Tweet        f Share                    Sort by Best

Start the discussion…

LOG IN WITH              OR SIGN UP WITH DISQUS ?

                         Name

Be the first to comment.

✉ Subscribe   D Add Disqus to your siteAdd DisqusAdd

**Sponsored Links**

**Yearbooks That Were Printed And Handed To The Whole School Before Teachers Saw The Photo Error**
SoGoodly

**These Twins Were Named "Most Beautiful In The World", Wait Till You See Them Today**
WorldTravelling

**Wealthy Dumping U.S. Dollar Into This Ignored Asset**
Commodity Supercycles

**Everyone Knew They Are Having A Hard Time But We Never Imagined They Would Close This Year**
IcePop

**Owner Wanted To Return Dog To Shelter, But Saw Note From Previous Owner**
BridesBlush

**35 Of The Toughest Hard Hitters The NFL Has Ever Seen**
TieBreaker

Home | Contact | Press | Contributors | Sign Up For Night Flight Plus | Follow Us On Spotify! | Night Flight Store

Copyright © 1984-2019 Night Flight Inc. | Night Flight is a registered trademark of Digital Download Inc.